268

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE ARTHUR FRICKS, Defendant-Appellant.

(No. 72-385;

Second District—August 1, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner and Adam Lutynski, both of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Martin Moltz, both of Model District State's Attorneys Project, of counsel), for the People.